DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Thomas Bertoli<br><br>Defendant(s). | Criminal No.   20-537 (BRM)<br><br>**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES** |

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant  Thomas Bertoli                                  .

Date:   March 9, 2023

PHILIP R. SELLINGER
United States Attorney

By:   Jihee G. Suh and J. Fortier Imbert
Assistant U.S. Attorneys