

U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

| | |
|---|---|
| 970 Broad Street, 7th floor<br>Newark, New Jersey 07102 | 973-645-2700 |

May 22, 2023

<u>**VIA ECF**</u>

Honorable Brian R. Martinotti
United States District Judge
U.S. Post Office and Courthouse
One Federal Square
Newark, New Jersey 07102

      Re:    *United States v. Thomas Bertoli*, **Crim. No. 20-537 (BRM)**

Dear Judge Martinotti:

      A member of the media has requested the parties' sentencing submissions in the above-referenced matter (ECF #74 and #75).  In accordance with the District Court's protocol for the disclosure of sentencing materials, the Government and counsel for the defendant have conferred regarding non-public information that should be redacted from the sentencing submissions.  Pursuant to the protocol, regardless of whether the parties agree on the redactions that have been made (the parties here agree on the redactions in the Government's sentencing submissions but disagree on some of the redactions in the defendant's sentencing submissions), the redacted sentencing submissions shall be transmitted to the individual who has made the request for them.  Thus, the Government has transmitted a copy of the redacted sentencing submissions to the electronic mailing address specified in the Requests for Disclosure (ECF #74 and #75).

                                            Sincerely,

                                            PHILIP R. SELLINGER
                                            United States Attorney

                                            By:  Jihee G. Suh
                                            Assistant United States Attorney